DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KENNETH WOLINER,**
Appellant,

v.

**WILMINGTON SAVINGS FUND SOCIETY, FSB,** not in its individual capacity, but solely as owner trustee of **CSMC 2019-RPL11 TRUST,**
Appellee.

No. 4D2024-3120

[March 5, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Luis Delgado, Jr., Judge; L.T. Case No. 502021CA009430.

Kenneth Woliner, Boca Raton, pro se with assistance of counsel, and Jonathan R. O'Boyle of The O'Boyle Law Firm, limited assistance counsel, Deerfield Beach, for appellant.

Adam Alexander Diaz of Diaz Anselmo & Associates, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***